**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                 **PLAINTIFF**

**V.**                                     **NO: 4:21CV00772-BRW**

**BAILEY ARNOLD, et al.**                                                             **DEFENDANTS**

## ORDER

Defendant's Motion to Close Case and Distribute Funds (Doc. No. 42) is GRANTED.

Accordingly, the Clerk of the Court is directed to disburse $42,031.78 to Plaintiff's lawyer.

This case is DISMISSED.

IT IS SO ORDERED this 30th day of August, 2022.

                                                  BILLY ROY WILSON
                                             UNITED STATES DISTRICT JUDGE